# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED HERE HEALTH, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> TIMOTHY R. TITOLO, et al., ) <br> ) <br> Defendant(s). ) | Case No. 2:15-cv-02160-JAD-NJK <br><br> ORDER <br><br> (Docket No. 13) |

Pending before the Court is a discovery plan, Docket No. 13, which is hereby **DENIED**. The discovery plan is defective in several ways. First, the discovery plan provides the parties with a discovery period of 180 days from the date of the discovery plan, *id.* at 2, when the Local Rules provide that the presumptively reasonable discovery period is 180 days from the date of the first defendant's appearance, *see* Local Rule 26-4(e)(1). Second, the discovery plan provides that requests to extend any of the deadlines outlined therein must be filed no later than 21 days before the close of discovery, Docket No. 13 at 3, when the Local Rules provide that requests to extend deadlines must be filed at least 21 days before expiration of the subject deadline, Local Rule 26-4. Hence, for example, a request to extend the deadline for expert disclosures must be filed at least 21 days before the expiration of that deadline and any such request filed 21 days before the discovery cutoff would be untimely.

The parties shall file a discovery plan that complies with the Local Rules no later than April 1, 2016.

IT IS SO ORDERED.

DATED: March 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge