AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Unite Here Health

Plaintiff,

V.

Lisa Titolo, et al

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-02160-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Unite Here Health in the amount of $28,202.53 in monetary damages on its claims against Lisa Titolo for conversion and unjust enrichment, with post-judgment interest accruing from the date of entry of the judgment at the rate of .86%, computed daily, until the judgment is paid in full.

January 11, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ M. Morrison

(By) Deputy Clerk