# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Unite Here Health, | Case No.: 2:15-cv-02160-JAD-NJK |
| Plaintiff | **Order Confirming Automatic Stay of Case and Setting Deadline for Status Report** |
| v. | |
| Timothy R. Titolo, et al., | |
| Defendants | |
| And all related matters. | |

The only claims that have not been resolved in this case are Timothy R. Titolo and Timothy R. Titolo, Chtd.'s cross-claims against Timothy's ex-wife Lisa Titolo for contribution, indemnity, embezzlement, and intentional misrepresentation.[1] The Clerk of Court entered default against Lisa on those cross-claims.[2] Timothy and his law firm then moved for default judgment,[3] but I found several defects in their motion, so I denied it without prejudice to their ability to cure those defects and file a new one.[4] Timothy and the law firm renewed their motion,[5] but then plaintiff Unite Here Health noticed the court that Lisa filed a voluntary petition for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code.[6] I now address that notice.

Title 11, section 362 of the U.S. Code automatically stays the continuation of a judicial proceeding against the debtor that seeks to recover a claim against her.[7] Timothy and the law firm's cross-claims against Lisa, and any further action in this case by Unite Here Health to

---

[1] ECF No. 9 (cross-complaint).

[2] ECF No. 30.

[3] ECF No. 29.

[4] ECF No. 35.

[5] ECF No. 38.

[6] ECF No. 40. *In re Lisa Corin Titolo*, No. 17-15797 (Bankr. D. Nev. filed Oct. 30, 2017).

[7] 11 U.S.C. § 362(a).

1

collect on its judgment against Lisa, fall within 11 U.S.C. § 362's scope and have been stayed by operation of that statute and the filing of Lisa's bankruptcy case. The docket in Lisa's bankruptcy case reflects that case is still pending. To ensure that I stay informed of Lisa's bankruptcy case and the docket in this case accurately reflects its status,

IT IS HEREBY ORDERED that the parties, or any one of them, must file a **STATUS REPORT** informing me of the status of Lisa's bankruptcy case **no later than April 18, 2018**. The Clerk of Court is directed to have the docket reflect that this case is **STAYED**.

Dated: January 22, 2018

_____
U.S. District Judge Jennifer A. Dorsey