# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIT HERE HEALTH, | Case No. 2:15-cv-02160-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| TIMOTHY R. TITOLO, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as counsel for Cross-Claimants Timothy R. Titolo and Timothy R. Titolo, Chtd. Docket No. 42. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on February 7, 2018, in Courtroom 3B. Timothy Titolo and a corporate representative for Timothy R. Titolo, Chtd shall appear at the hearing in person, as well as their current counsel and any newly retained counsel. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than January 25, 2018, Ms. Nakamura Ochoa shall serve Cross-Claimants with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than February 2, 2018.

Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

Dated: January 24, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE