# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITE HERE HEALTH, | Case No. 2:15-cv-02160-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 42) |
| TIMOTHY R. TITOLO, et al., | |
| Defendant(s). | |

In light of the substitution of counsel, *see* Docket No. 45, the Court **DENIES** as moot the motion to withdraw as attorney at Docket No. 42 and **VACATES** the hearing set for February 7, 2018.

IT IS SO ORDERED.

Dated: February 2, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE