UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITE HERE HEALTH, acting through its Board of Trustees,

    Plaintiff,

v.

TIMOTHY R. TITOLO, an individual; TIMOTHY R. TITOLO, CHTD, a Nevada Professional Corporation dba TITOLO LAW OFFICE; LISA TITOLO, an individual; RAYMOND BODIFORD, an individual; BODIFORD LAW GROUP, a Florida entity of unknown type; IMELDA AGCAOILI, individually and as Administratrix of the Estate of Feliciano Agcaoili; DOES I through V; and ROE ENTITIES 1 through V,

    Defendants.

---

TIMOTHY R. TITOLO and TIMOTHY R. TITOLO, CHTD, dba TITOLO LAW OFFICE,

    Cross-Claimants,

vs.

LISA TITOLO aka LISA LAMBRECHT, an individual.

    Cross-Defendant.

---

CASE NO.: 2:15-cv-02160-JAD-NJK

**SUBSTITUTION OF ATTORNEY**

Cross-Claimants TIMOTHY R. TITOLO and TIMOTHY R. TITOLO, CHTD, dba TITOLO LAW OFFICE, hereby substitute TITOLO LAW OFFICE as attorney of record in the above-entitled action, in place and stead of Lipson, Neilson, P.C.

DATED this 31 day of January, 2018.

_____
TIMOTHY R. TITOLO

TIMOTHY R. TITOLO, CHTD, dba TITOLO LAW OFFICE

By:_____ CHTD

- 1 -

LIPSON NEILSON, P.C. hereby consents to the above substitution.

DATED this 26th day of January, 2018.

LIPSON NEILSON, P.C.

By: _____
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Angela T. Nakamura Ochoa, Esq.
Nevada Bar No. 10164

TIMOTHY R. TITOLO, of TITOLO LAW OFFICE, being duly admitted to practice in this District, hereby accepts substitution as attorney for Cross-Claimants Timothy R, Titolo and Timothy R. TItolo, Chtd., dba Titolo Law Office, in the above-entitled matter.

DATED this 31 day of January, 2018.

TITOLO LAW OFFICE

By: _____
TIMOTHY R. TITOLO

Please check on: __✓__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: February 2, 2018          _____
                                  United States Magistrate Judge

- 2 -