# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Unite Here Health, | Case No.: 2:15-cv-02160-JAD-NJK |
| Plaintiff | **Order Denying Motion Without Prejudice** |
| v. | [ECF No. 38] |
| Timothy R. Titolo, et al., | |
| Defendants | |

Shortly after crossclaimants Timothy R. Titolo and his law firm filed a renewed motion for default judgment against Titolo's ex wife and former office manager Lisa Titolo,[1] Lisa filed for bankruptcy protection, triggering the automatic stay of proceedings against her.[2] Because it appears that the bankruptcy matter is still in progress,

IT IS HEREBY ORDERED that the crossclaimants' motion for default judgment **[ECF No. 38] is DENIED** without prejudice to its refiling in the event that the stay is lifted to allow the crossclaimants to proceed against Lisa Titolo.

IT IS FURTHER ORDERED that **the parties must file a STATUS REPORT** informing me of the status of the bankruptcy case and its impact on the claims and crossclaims in this case by November 1, 2018.

Dated: September 20, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 38.
[2] ECF No. 40; 11 U.S.C. § 362.